IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| CHASE CALLAWAY, | ) | No. 5:20-cv-02128-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 9th day of May, 2022, upon consideration of the Parties' STIPULATION it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") Petition [Doc #24] is hereby withdrawn;

It is further ORDERED that Plaintiff, Chase Callaway, is awarded attorney fees in the amount of Eight Thousand Five Hundred dollars and 00/100 cents ($8,500.00). This award will be paid directly to Plaintiff, Chase Callaway, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

May 9, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge